1  **JESSE S. KAPLAN   CSB#103726**
   **5441 Fair Oaks Bl. Ste. C-1**
2  **Carmichael, CA   95608**
   **916/488-3030**
3  **916/489-9297 fax**
4
   **Attorney for Plaintiff**
5  **ROBIN WEST**

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10                              -o0O0o-

11

12

13  **ROBIN WEST,**                        No.   **2:16-CV-02882-EFB**

14            **Plaintiff,**
                                            **STIPULATION AND [proposed]**
15                                          **ORDER FOR EXTENSION OF**
                                            **TIME TO FILE PLAINTIFF'S**
16     **v.**                               **MOTION FOR SUMMARY**
                                            **JUDGMENT**
17
    **NANCY BERRYHILL, Acting**
18    **Commissioner of Social Security,**

19            **Defendant.**
20  _____/

21      IT IS HEREBY STIPULATED by and between the parties, through their respective

22  undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion

23
    for summary judgment is extended to June 30, 2017.
24
        This is a first extension but after the due-date under the scheduling order. The extension
25
26  is caused by plaintiff's counsel's work-schedule including federal court briefs.

27

28

[Pleading Title] - 1

| | |
|---|---|
| Dated: June 14, 2017 | /s/ *Jesse S. Kaplan* <br> JESSE S. KAPLAN <br> Attorney for Plaintiff |
| | PHILLIP A. TALBERT <br> United States Attorney <br> DEBORAH LEE STACHEL <br> Regional Counsel, Region IX <br> Social Security Administration |
| Dated: June 14, 2017 | */s/ per e-mail authorization* <br> MICHAEL MARRIOTT <br> Special Assistant U.S. Attorney <br> Attorney for Defendant |

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to June 30, 2017.

SO ORDERED.

Dated: June 19, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE