**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**ROBIN WEST**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **ROBIN WEST,** | No.   2:16-CV-02882-EFB |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |
| **v.** | **BRIEF** |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended from August 21 to August 23, 2017.

This is a first extension caused by plaintiff's counsel's work-schedule including federal court briefs.

[Pleading Title] - 1

Dated:  August 21, 2017                                  /s/    *Jesse S. Kaplan*
                                                         JESSE S. KAPLAN
                                                         Attorney for Plaintiff


                                                         PHILLIP A. TALBERT
                                                         United States Attorney
                                                         DEBORAH LEE STACHEL
                                                         Regional Counsel, Region IX
                                                         Social Security Administration


Dated:  August 21, 2017                                     */s/ per e-mail authorization*

                                                         MICHAEL MARRIOTT
                                                         Special Assistant U.S. Attorney
                                                         Attorney for Defendant


## **ORDER**


For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is extended to August 23, 2017.

SO ORDERED.

Dated:  August 21, 2017.        _____
                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE